■ BANK OF UTICA, Appellant, v CITY OF SYRACUSE, Respondent, et al., Defendant. [907 NYS2d 895]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered September 30, 2009. The order and judgment dismissed the complaint on the motion of defendant City of Syracuse.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ THOMAS J. SMOLINSKI, Respondent, v MATTHEW A. SMOLINSKI, Defendant, and FORD MOTOR CREDIT COMPANY, Appellant. [908 NYS2d 381]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered February 8, 2010 in a personal injury action. The order settled the record for an appeal from an order and judgment entered October 1, 2008.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.